**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 07-6917**

—————————

RANDY L. VALENTINE,

                                        Petitioner - Appellant,

        versus

STAN BURTT,

                                        Respondent - Appellee.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Henry M. Herlong, Jr., District
Judge.   (4:06-cv-03221)

—————————

Submitted: August 30, 2007        Decided:  September 11, 2007

—————————

Before MICHAEL, KING, and SHEDD, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Randy L. Valentine, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy L. Valentine seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2000). The magistrate judge recommended that relief be denied and advised Valentine that failure to file specific and timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Valentine failed to file specific objections to the magistrate judge's recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Valentine has waived appellate review by failing to timely file specific objections after receiving proper notice. Accordingly, we deny a certificate of appealability and dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -